```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
STETS,                                                             :
                                                                   :
                                    Plaintiff,                     :
                                                                   :         1:17-cv-09366-ALC-GWG
              -against-                                            :
                                                                   :         ORDER
SECURIAN LIFE INS. CO., ET AL.,                                    :
                                                                   :
                                    Defendants.                    :
                                                                   :
------------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/17/2020__

**ANDREW L. CARTER, JR., District Judge:**

The Parties are hereby ORDERED to submit a joint status report to the Court on or before October 1, 2020.

**SO ORDERED.**

**Dated:**     **New York, New York**
            **September 17, 2020**

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**