UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MILICA J. STETS,

                Plaintiff,                        17 **CIVIL** 9366 (ALC)

        -against-                          **JUDGMENT**

SECURIAN LIFE INS. CO., BLOOMBERG
L.P., JOHN STETS, MARY-ANNE STETS,
individually and as Attorney-in-Fact for Daniel
J. Stets, Deceased,
                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 25, 2020, the Entity Defendants' motion for summary judgment is GRANTED, the Individual Defendants' partial motion for summary judgment is GRANTED and the Plaintiff's motion for partial summary judgment is DENIED.

**Dated:** New York, New York
           October 8, 2020

                                                          **RUBY J. KRAJICK**

                                                            Clerk of Court
                                     BY:
                                                             Deputy Clerk